AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of South Dakota
Western Division

United States of America )
v. )
) Case No. 5:22-mj- 37
)
KYLE J. KIRCHHOFF, )
)
*Defendant(s)* )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about between January 1, 2019, and February 16, 2022, inclusive, in the District of South Dakota, the defendant, Kyle J. Kirchhoff, violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
On or about between January 1, 2019 and February 16, 2022, inclusive, at Rapid City, in the District of South Dakota, the defendant, Kyle J. Kichhoff, knowingly received any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant, Kyle J. Kirchhoff, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Kyle J. Kirchhoff, knew the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

☒ Continued on the attached affidavit, which is incorporated by this reference.

*Complainant's signature*

Heather Sazama, Assistant United States Attorney
*Printed name and title*

Sworn to before me and: ☒ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 2-23-22

*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, United States Magistrate Judge
*Printed name and title*